USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 3/27/08

**MEMO ENDORSED ON PAGE 2**

To: FRANK MAAS
Richard. J. Sullivan
Honorable Judge
United States district Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 740
New York, N.Y. 10007



From:

Kevin Damion Crichlow   07 Civ # 7685 (RJS)(FM)
825-07-03742
1818 Hazen St. (AMKC) C-95
E. Elmhurst, N.Y. 11370

3.22.08

  I humbly move this Court to consider my petition of re-consideration, due to the lack of due diligence, and negligence in locating petitioner when said petitioner has never left Ryker's island. See Exhibits

  Said petitioner was in fact transfer from one building (EMTC) C-76 10/31/07 to (AMKC) C-95 See Exibit C.

  I also humbly ask and move this Court to reconsider the memorandum of law dated 12/14/07 for Judgment on the pleadings which orders me to respond by 4/30/08. Exibit D

Your honorable Judges (RJS)(FM) I recieved this Memorandum of Law dated 12/14/07 yesterday, See (AMKC) mail room log book for 3/22/08 "not included" as Exibits.

Exibit list

(A)- Summons (2nd Sent)
(B)- January 31th (accurate Name Spelling)

(C)- False discharge information

(D)- reconsideration

(E)- False discharge Claims  (source from which)

Respectfully Submitted

X KEVIN DAMON. CRICHLOW
825-07-03742
1818 Hazen St (AMKC) C-95
E. Elmhurst, N.Y. 11370

---

The original schedule in this action gave Mr. Crichlow approximately five weeks to respond to the defendants' motion. I have no idea of the X he derives an April 30, 2008 date to respond, but I will extend that date to May 7, 2008. The defendants may file reply papers on or before May 16, 2008. To the extent this letter seeks any further relief, it is DENIED.

Maas, USMJ
3/27/08