RECEIVED
APR 29 2008
FRANK MAAS
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

**MEMO ENDORSED**

: FRANK MAAS.
: RICHARD. J SULLIVAN
HONORABLE Judge
UNITED STATES DISTRICT Judge
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 740
NEW YORK, N.Y. 10007

FROM:

KEVIN DAMION CRICHLOW        07-CIV-7685 (RJS)(FM)
8250103742
18-18 HAZEN ST (A.M.K.C.) C-95
EAST. ELMHURST. N.Y. 11370

I Humbly move THIS COURT TO CONSIDER MY REQUEST OF SERVICE UPON Individuals: RULE 4(e) I HAVE SEND IN TWO DIFFRENT SUMMONS TO SERVE Detendants GRIEVANCE COORDINATOR. MR. MUIVENA AT E.M.T.C./C-76 BOTH TIMES MARSHALS SERVICE WAS TOLD BY D.O.C. THAT MR. MUIVENA DON'T WORK AT THAT Facility CAUSE THAT COME FROM (THE LAW DEPARTMENT) MR. MUIVENA HAVE NOT BEEN SERVICE IS SUMMONS AND COMPLAINT.

I ALSO ASK FOR REQUEST BE GIVINE BECAUSE ON 4.7.08 SUPREME COURT COUNTY OF KINGS. I START TRIAL AND ON APRIL. 15TH 2008 I LOST TO A JURY VERDICT AND SENTENCE

EXIBIT
(A)(B)
(A) CLAYTON-MOTION
(B) LETTER FROM FIELD OPERATION
APRIL. 4. 07. THAT MR MUIVENA
ALWAYS WORK AT C-76 AND
~~this~~ IS NAME WAS ALWAYS RIGHT.

RESPECTFULLY SUBMITTED
KEVIN DAMION CRICHLOW
8250703742
18-18 HAZEN ST A.M.K.C/C-95
EAST ELMHURST. N.Y. 11370

---

Two motions for Judgment on the pleadings are presently pending. Those motions argue that the complaints in these actions should be dismissed for reasons other than lack of service. If those motions are granted, this application will be moot. Accordingly, I reserve decision on this issue.

SO ORDERED:
Date: 5/1/08
FRANK MAAS, U.S.M.J.

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF : KINGS            PART-50
```

| The People of the State of New York, | |
|---|---|
| Respondent, | AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS INDICTMENT IN THE INTEREST OF JUSTICE PURSUANT TO C.P.L. SECTION 210.40 |
| -against- | |
| KEVIN DAMON CRICHLOW, | |
| Defendant. | 1283/07 |

```
STATE OF NEW YORK)
COUNTY OF BRONX  )ss:
```

Kevin D. Crichlow, being duly sworn deposes and says:

1. I am the above-named defendant and am now confined at the A.M.K.C. C-95 Correctional Facility in the City of New York.

Defendant was indicted by the Grand Jury of the County of Kings on the 5th day of February, 2007 of the crime(s) of Arson, Burgulary, CPCS in violation of Sections(s) 150.20, 140.20, 220.16 of teh Penal Law; a copy of said indictment is annexed hereto and made part hereof as "Exhibit A". Arraignment of the defendant upon the indictment took place in this Court on the 31st day of January, 2007. To this date no plea of guilty has been entered by said defendant, but has commenced and defendant lost to a jury verdict entered on the 15th day of April, 2008, and sentence is pending.

2. This application is made upon the grounds that dismissal of the indictment is required in the furtherance of justice pursuant to Sections 210.20 and 210.40 of the Criminal Procedure Law, in that there exoists a compelling factor, consideration or circumstance clearly demonstrating that conviction or prosecution of the defendant upon such indictment would constitute or result in injustice.

justice is to stand up from the masses.

4. A previous application has been submitted to the Court on the 24th day of July, 2007, and was answered on the 7th day of September, 2007, and was denied because the motion was incomplete.

5. Defendant is submitting several "Exhibits" to show the facts in the aforementioned application.

**WHEREFORE**, defendant prays for an order dismissing the indictment, or in the alternative an grant a evidentary hearing and for such and further relief as this Court deems just and proper.

Respectfully requested,

_Kevin Damon Crichlow_
KEVIN DAMON CRICHLOW
DEFENDANT.

SWORN TO BEFORE ME ON THE

18th DAY OF April, 2008

_____
NOTARY PUBLIC

Fatal O. Lawal
state OF New York

Kevin Crichow # ███████
Rikers Island Correctional Facility
10-10 Hazen Street (EMTC)
E. Elmhurst, New York 11370

**DATE:**     April 5, 2007

**TO:**       Kevin Crichow ███████

**FROM:**     Sumpter C.O., Field Operations Officer, IGRP

**SUBJECT:**  **GRIEVANCE ISSUE (RESPONSE)**

---

This letter is to give you a **response** to your letter that we received on April 4, 2007. You will have to request to go see the Grievance Coordinator in your facility (Mr. Mulvena) and lodge your complaint.

C: Arthur Harris, Executive Director, Program Services